**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| LINDY VALENZUELA and JOHN VALDES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIANCE CLOUD SERVICES, LLC,<br><br>Defendant. | Civil Action No. 1:26-cv-01694-PLM-PJG<br><br>Hon. Paul L. Maloney<br>Magistrate Phillip J. Green<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY** |

THIS MATTER having come before the Court on Plaintiffs' Motion for Expedited Discovery ("Motion") on September 14, 2026, the Parties having appeared, and the Court being fully advised, IT IS HEREBY ORDERED THAT:

1. Having demonstrated good cause for their request for expedited discovery, Plaintiffs' Motion is GRANTED;

2. Defendant is ordered to make the Data Center available for an inspection pursuant to Plaintiffs Notice of Inspection within 14 days of this Order subject to agreed-upon confidentiality and safety protocols, including the following: the Parties shall agree to a protective order under which any and all information gleaned from the inspection including, without limitation, videos, photographs, and related data shall be designated "Attorney's Eyes Only" pursuant to the Stipulated Protective Order; further, Plaintiffs' videographer shall provide any and all video recordings from the inspection only to counsel of record and to Plaintiffs' expert(s) and is prohibited from maintaining any copies or reproduction of the video files;

3. The Parties are ordered to submit a joint status report regarding the inspection within 30 days of this Order.

IT IS SO ORDERED.

Dated: September 22, 2026

/s/ Phillip J. Green

PHILLIP J. GREEN
United States Magistrate Judge